District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW WELLS,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA<br><br>                    Defendant. | Case No. 2:22-cv-000973-TL<br><br>STIPULATION FOR EXTENSION OF TIME<br><br>Noted For Consideration:<br>October 5, 2022 |

Pursuant to Judge Lin's Standing Order for all Civil Cases, the Parties have agreed to move the following deadline: Defendant's response to Plaintiff's Complaint from October 18, 2022 to November 17, 2022.  The Parties request the Clerk to reset the deadlines as noticed.

//

//

//

//

//

//

STIPULATION FOR EXTENSION OF TIME
2:22-cv-00973-TL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Stipulated to and presented this 5th day of October, 2022.

| | |
|---|---|
| COLBURN LAW | NICHOLAS W. BROWN<br>United States Attorney |
| *s/ Gregory S. Colburn*<br>GREGORY S. COLBURN, WSBA #41236<br>22500 SE. 64th Place, Suite 200<br>Issaquah, Washington 98027<br>Phone: 206-919-3215<br>Email: greg@colburnlaw.com<br><br>*Counsel for Plaintiff* | *s/ Nickolas Bohl*<br>NICKOLAS BOHL WSBA #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendant* |

STIPULATION FOR EXTENSION OF TIME
2:22-cv-00973-TL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties having stipulated and agreed, IT IS SO ORDERED.

DATED this 6th day of October 2022.

_____
Tana Lin
United States District Judge

STIPULATION FOR EXTENSION OF TIME
2:22-cv-00973-TL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970